UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY R. DECKER, II, | No. 2:16-cv-1179 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed august 22, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Although it appears from the file that plaintiff's copy of the order was returned,[1] plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

////

---

[1] The mail was marked "undeliverable, not in custody." (August 28, 2017 docket entry.)

1

1     IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: October 10, 2017

                                          /s/ Kendall J. Newman
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

/deck1179.fta.nca